UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENEVA REESE, et al., | ) | Case No. CV 11-9790 GHK(JC) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:     3/7/12

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE